R. KING PROTHRO, JR.      SBN 77822
Attorney at Law
1250 Aviation Avenue, Suite 200K
San Jose, California 95110
Tel:(408) 286-7797; FAX (408) 286-4098
e-mail: rkprothrolaw@hotmail.com1-

Attorney for Plaintiff, **JEFFREY D. ROUGHGARDEN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY D. ROUGHGARDEN**, an individual,<br><br>Plaintiff,<br>vs.<br><br>**YottaMark, INC.**, a California corporation,<br>**ADP Total Source**, a Delaware Corporation,<br>Defendants,<br>_____/ | Case No. CV 10-04098 PVT<br><br>**STIPULATION AND ~~{PROPOSED}~~ ORDER RE CONTINUANCE OF MEDIATION DATE**<br><br>Mediation Date: February 3, 2011<br>Judge: Jeremy Fogel |

The parties hereto, Plaintiff Jeffrey D. Roughgarden, Defendants YottaMark, Inc., and ADP Total Source, Inc., by and through their respective counsel, R. King Prothro, Jr., representing Jeffrey D. Roughgarden, Madonna Herman, representing YottaMark, Inc., and Cortney McDevitt representing ADP Total Source, Inc., after a telephone conference call with the appointed Mediator, John Koeppel, on December 1, 2010, do hereby stipulate and agree to continue the Mediation date in the above-referenced case currently scheduled for February 3, 2011, to March 17, 2011, in light of the pending Rule 12(b)(6) Motions by
Stipulation and Order Continuing Mediation Date

-1-

both Defendants scheduled to be heard on February 4, 2011, and request the Court's indulgence and consent in continuing the currently scheduled Mediation Deadline Date.

Respectfully submitted,

DATED:   December 14, 2010

_____
R. KING BROTHRO, JR.
Attorney for Plaintiff,
JEFFREY D. ROUGHGARDEN

DATED:   December 14, 2010

_____/s/_____
MADONNA ANN HERMAN, Esq.
Manning & Marder, et el.
Attorneys for Defendant,
YOTTAMARK, INC.

DATED:   December 14, 2010

_____/s/_____
CORTNEY LYNN McDEVITT, Esq.
Jackson Lewis, LLP
Attorneys for Defendant,
ADP TOTAL SOURCE, INC.

**ORDER**

It is so Ordered. The Mediation deadline date in the above-referenced case will be continued until on or before March 18, 2011.

Dated:  1/13/11

_____
Jeremy Fogel, Judge of the
United States District Court
for the Northern District of
California

Stipulation and Order Continuing Mediation Date

-2-

above-referenced case currently scheduled for February 3, 2011, to March 17, 2011, in light of the pending Rule 12(b)(6) Motions by both Defendants scheduled to be heard on February 4, 2011, and request the Court's indulgence and consent in continuing the currently scheduled Mediation Deadline Date.

Respectfully submitted,

DATED: December __, 2010
R. KING PROTHRO, JR.

        Attorney for Plaintiff,
        JEFFREY D. ROUGHGARDEN

DATED: December 14, 2010

        MADONNA ANN HERMAN, Esq.
        Manning & Marder, et el.
        Attorneys for Defendant,
        YOTTAMARK, INC.

DATED: December 14, 2010

        CORTNEY LYNN McDEVITT, Esq.
        Jackson Lewis, LLP
        Attorneys for Defendant,
        ADP TOTAL SOURCE, INC.

**ORDER**

It is so Ordered. The Mediation deadline date in the above-referenced case will be continued until on or before March 18, 2011.

_____
Jeremy Fogel, Judge of the
United States District Court
for the Northern District of
California

Stipulation and Order Continuing Mediation Date

-2-