IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY D. ROUGHGARDEN,<br><br>　　　　　Plaintiff(s),<br>　v.<br>YOTTAMARK, INC., et. al.,<br><br>　　　　　Defendant(s).<br>_____/ | CASE NO. 5:10-cv-04098 EJD<br><br>**ORDER RE: AMENDED JOINT PRETRIAL CONFERENCE STATEMENT**<br><br>[Docket Item No. 54] |

In anticipation of the Preliminary Pretrial Conference scheduled for October 21, 2011, the parties filed a Joint Preliminary Pretrial Conference Statement on October 12, 2011 ("Joint Statement"). See Docket Item No. 54. The required content for the Joint Statement is outlined in this court's currently-effective Standing Order. See Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation in Civil Cases, at § I(B).

In its current form, the Joint Statement submitted by the parties does not comply with the Standing Order. Accordingly, the court orders as follows:

1. **No later than 4:00 p.m. on Wednesday, October 19, 2011**, the parties shall file an Amended Joint Preliminary Pretrial Conference Statement which complies with this court's Standing Order.
2. If such Amended Statement is not filed as directed above, the court will vacate and reschedule the Preliminary Pretrial Conference.

**IT IS SO ORDERED.**

Dated: October 18, 2011

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

1
CASE NO. 5 10-cv-04098 EJD
ORDER RE: AMENDED JOINT PRETRIAL CONFERENCE STATEMENT