**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY D. ROUGHGARDEN, | CASE NO. 5:10-cv-04098 EJD |
| Plaintiff(s),<br>v. | **ORDER VACATING PRETRIAL CONFERENCE** |
| YOTTAMARK, INC., et. al., | |
| Defendant(s). | |

On October 18, 2011, the court ordered the parties to submit an Amended Joint Preliminary Pretrial Conference Statement to correct the deficient Joint Statement previously filed by the parties. See Docket Item No. 55.  The deadline to file such document was 4:00 p.m. on October 19, 2011. As of the time this order is posted, the parties have failed to comply as directed.

Accordingly, the Preliminary Pretrial Conference scheduled for October 21, 2011, is **VACATED**.  The court instead schedules this case for a Status Conference on **November 4, 2011, at 11:00 a.m.**, at which time the parties should be prepared to explain their failure to comply with this court's Standing Order and subsequent order requiring an amended Joint Statement.   However, the Status Conference may be converted to a Preliminary Pretrial Conference should a compliant Joint Statement be filed on or before October 25, 2011.

**IT IS SO ORDERED.**

Dated:  October 20, 2011

_____
EDWARD J. DAVILA
United States District Judge

CASE NO. 5:10-cv-04098 EJD
ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE