**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY D. ROUGHGARDEN, | CASE NO. 5:10-cv-04098 EJD |
| Plaintiff(s), | **ORDER CONVERTING STATUS CONFERENCE INTO PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| YOTTAMARK, INC., et. al., | |
| Defendant(s). / | |

In light of the Amended Joint Preliminary Pretrial Conference Statement filed on October 26, 2011 (see Docket Item No. 57), the Status Conference scheduled for November 4, 2011, is converted into a Preliminary Pretrial Conference, at which time the court will address trial scheduling and related issues.

**IT IS SO ORDERED.**

Dated:  November 2, 2011

EDWARD J. DAVILA
United States District Judge