UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JEFFREY D. ROUGHGARDEN,    Case No. 5:10-cv-04098 EJD

        Plaintiff(s),    **PRETRIAL ORDER**
**(JURY TRIAL)**

  v.

YOTTAMARK, INC., et. al.,

        Defendant(s).
_____/

On November 4, 2011, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Deadline to contact Mediator to Scehdule Additional ADR Session | 12/18/2011 |
| Hearing on Defendants' Motion(s) for Summary Judgment *(Last date for filing dispositive motions remains as previously ordered)* | 9:00 a.m. on 3/23/2012 |
| Final Pretrial Conference | 11:00 a.m on 4/20/2012 |

1

| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 4/6/2012 |
|---|---|
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 4/10/2012 |
| Jury Selection | 9:00 a.m. on 5/21/2012 |
| Jury Trial[1] | 5/23-5/24/2012 (full days)<br>5/29/2012 (full day)<br>5/31/2012 (full day) |
| Jury Deliberations | 6/1-6/7/2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  November 4, 2011



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m. - 12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m. - 12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation."